United States District Court
Southern District of Texas
**ENTERED**
December 02, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HILARY LORMAN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-20-548 |
| | § | |
| FAMILY DOLLAR, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

The motion to dismiss filed by Family Dollar, (Docket Entry No. 10), is granted. The motion for leave to amend the complaint filed by Hilary Lorman, (Docket Entry No. 14), is denied. This case is dismissed, with prejudice.

SIGNED on December 1, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge